UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM SOUTHEAST, INC., as Successor in interest to TRIGON HEALTHCARE, INC., ANTHEM HEALTH PLANS OF VIRGINIA, INC. as Successor in interest to TRIGON INSURANCE CO., and HEALTH MANAGEMENT CORP.,<br><br>Defendants. | <br><br>CIV. NO. 04CV10505REK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this litigation hereby stipulate that this action is dismissed with prejudice pursuant to the terms and conditions of a Settlement Agreement and Release between the parties dated October 29, 2004 and pursuant to F.R.C.P. 41(a)(1). Each party is to bear its own costs.

Respectfully submitted,

The Plaintiff
By its attorney,

_____
Stephen D. Rosenberg
**McCormack & Epstein**
One International Place – 7th Floor
Boston, MA  02110

Date: 11/30/04

The Defendants
By their attorney,

_____
Dan J. Hofmeister, Jr.
**Neal, Gerber & Eisenberg, LLP**
Two North LaSalle Street – Suite 2200
Chicago, IL  60602

Date: 11/19/04

NGEDOCS: 016530.0605:1097260.1